IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

HOLLY DONAHUE,                          )
            Plaintiff,                  )
                                        )
        vs.                             )      Civil Action No. 05-795
                                        )
METROPOLITAN LIFE INSURANCE             )
COMPANY,                                )
            Defendant.                  )

## O R D E R

AND NOW, this 9*th* day of May, 2006, after the plaintiff, Holly Donahue, filed

an action in the above-captioned case, and after cross-motions for summary judgment were

submitted by the plaintiff and the defendant, Metropolitan Life Insurance Company, and after a

motion to strike exhibits submitted with plaintiff's motion for summary judgment was submitted

on behalf of the defendant, and after a Report and Recommendation was filed by the United

States Magistrate Judge granting the parties ten days after being served with a copy to file written

objections thereto, and upon consideration of the objections filed by the plaintiff and the

response to those objections filed by the defendant, and upon independent review of the motions

and the record, and upon consideration of the Magistrate Judge's Report and Recommendation

(Docket No. 42), which is adopted as the opinion of this Court,

        IT IS ORDERED that the motion for summary judgment submitted on behalf of

the defendant (Docket No. 25) is granted.

        IT IS FURTHER ORDERED that the motion for summary judgment submitted on

behalf of the plaintiff (Docket No. 27) is denied.

IT IS FURTHER ORDERED that the Motion to Strike Exhibits Submitted With Plaintiff's Motion for Summary Judgment, submitted on behalf of the defendant (Docket No. 36), is denied.

Donetta W. Ambrose
United States Chief District Judge